**BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.**
Chris Gibson, SBN 073353
55 Capital Mall, Suite 1500
Sacramento, California 95814
(916) 321-4444

**FITZPATRICK, CELLA, HARPER & SCINTO**
Timothy J. Kelly
30 Rockefeller Plaza, 38th Floor
New York, New York 10112-3800
(212) 218-2100

Attorneys for Plaintiff Mars, Incorporated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARS, INCORPORATED,** | CASE NO. 2:06-cv-0268-MCE-DAD |
| **Plaintiff,** | |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| **GURPREET SINGH d/b/a ANIMAL CARE CENTER,** | |
| **Defendants.** | |

      Plaintiff Mars, Incorporated ("Mars") and Defendant Gurpreet Singh d/b/a animal Care Center ("Singh") through their undersigned counsel, agree and stipulate as follows:

    (i)    That, Pursuant to Rule 41(a) (1) (ii) of the Federal Rules of Civil Procedure, the complaint in the above-captioned action is dismissed with prejudice;

    (ii)    That this Court shall retain jurisdiction to enforce the provisions of the Settlement Agreement entered into by the parties, a copy of which is

109898.1

annexed hereto as Exhibit 1 and made part of this Stipulation of Dismissal;

and

(iii) That each party to bear its own costs and attorneys' fees to date in connection with this action.

                                               BOUTIN DENTINO GIBSON
                                               DI GUISTO HODELL INC.

Dated: February 20, 2007          By:   /s/ Chris Gibson
                                               Chris Gibson
                                               Attorney for Plaintiff,
                                               Mars, Incorporated

                                        Of Counsel:
                                               Timothy J. Kelly
                                               FITZPATRICK, CELLA, HARPER
                                                  & SCINTO
                                               30 Rockefeller Plaza, 38th Floor
                                               New York, New York 10112-3800
                                               (212) 218-2100

                                        TIMOTHY E. HODGSON

Dated: February 13, 2007          By:   /s/ Timothy E. Hodgson
                                               Attorney for Defendant
                                               Gurpreet Singh

IT SO ORDERED.

DATED: February 21, 2007

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE

109898.1